AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

GRANTLY EARL CALVIN, and
AYLAIR BEVERLY SPENCE

## WARRANT FOR ARREST

CASE NUMBER: 00-4049-SNOW

*FILED by ___ D.C.*
*MAR 6 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  AYLAIR BEVERLY SPENCE
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; and did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to possess with intent to distribute a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine.

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 846

_____        2/6/00   FTL/FL
Name of Issuing Officer           Title of Issuing Officer

Signature of Issuing Officer      Date and Location

Bail fixed at $ PTD Requested   by  Lurana S. Snow
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.