COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: AYLAIR BEVERLY SPENCE (J)   CASE NO: 00-4049-SNOW
AUSA: ED ALLEN / Powell           ATTY: Pat Hunt
AGENT: FBI                        VIOL: 21:841(a)(1) & 846
PROCEEDING I/A ON COMPLAINT       RECOMMENDED BOND 250,000
BOND HEARING HELD - yes/no        COUNSEL APPOINTED FPD

BOND SET @ 250,000 CSB

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Deft advised of charges - sworn for apptmt of counsel

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/(BOND) HRG:   3-10    //  SNOW
                        PRELIM/ARRAIGN:   3-17    //  BSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 3/7/00   Time: 11:00   FTL/LSS TAPE #00- 014   Begin: 1895   End: