UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR - 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA Plaintiff v. AYLAIR BEVERLY SPENCE Defendant | CASE NO. 00-7049-SNO REPORT COMMENCING CRIMINAL ACTION 55229-004 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 03/07/00
2. Spoken language: English
3. Offense(s) charged: Title 21 USC 841(a)(1) & 846 distribution possession cocaine
4. U.S. Citizen [X] YES [ ] NO [ ] UNKNOWN
5. Date of birth: 2/2/61
6. Type of charging document: (Check One)
   [ ] INDICTMENT   [X] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _____   CASE NO. _____
   DISTRICT: SDF_____ (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [X] YES [ ] NO
   AMOUNT OF BOND. _____
   WHO SET BOND. _____

7. REMARKS: _____
8. DATE: _____
10. AGENCY: FBI - Miami
11. _____
ARRESTING OFFICER
PHONE NO.