AO 442 (Rev. 5/93) Warrant for Arrest                                458324

# United States District Court

SOUTHERN ————— DISTRICT OF ————— FLORIDA

UNITED STATES OF AMERICA

V.

GRANTLY EARL CALVIN, and
AYLAIR BEVERLY SPENCE

## WARRANT FOR ARREST

CASE NUMBER: 00-4049 -SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest         AYLAIR BEVERLY SPENCE
                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; and did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to possess with intent to distribute a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine.

in violation of Title   21   United States Code, Section(s)   841(a)(1) and 846

Name of Issuing Officer                          Title of Issuing Officer          3/6/00  FTL/FL

Signature of Issuing Officer                     Date and Location

Bail fixed at $ PTD Requested                    by  Lurana S. Snow
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Ft. Lauderdale, FL |

| DATE RECEIVED 3/6/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/7/2000 | FOR FBI | Fred Depompa, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc.