COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: AYLAIR BEVERLY SPENCE (J)    CASE NO: 00-4049-SNOW
AUSA: ED ALLEN  *yes*               ATTY: FPD Daryl Wilcox
AGENT:                              VIOL: fgy smuggler
PROCEEDING BOND HEARING             RECOMMENDED BOND
BOND HEARING HELD — (yes)/no        COUNSEL APPOINTED
BOND SET @ 50,000 CSB + 100,000 PSB
                    w/ Rebecca
SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS  2  x's a (wk)/month by phone;  /  every 2 wks  x's a wk/~~month~~ in person
3) Travel ~~extended~~ restricted to: SD/FC
4) maintain employment
5) surrender passport
Deft sworn - Bond set

[FILED MAR 10 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:  3-17  //  1355  ✓
                         REMOVAL HRG:
                         STATUS CONF:

Date: 3-10-00   Time 9:00   FTL/LSS TAPE #00- 015   Begin: 2457  End: 3466

15 pb