UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00 - 6068

21 U.S.C. 841(a)(1)
21 U.S.C. 846
18 U.S.C. 2



CR - ROETTGER

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

GRANTLY EARL CALVIN,
and
AYLAIR BEVERLY SPENCE,

DEFENDANTS.

_____/

MAGISTRATE JUDGE
SNOW

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From in or about July 1996, to on or about April 5, 1997, the exact dates being

unknown to the Grand Jury, at Dade County and Broward County, in the Southern District

of Florida, and elsewhere, the defendants,

GRANTLY EARL CALVIN,
and
AYLAIR BEVERLY SPENCE,

did knowingly and intentionally combine, conspire, confederate and agree with each other

and with other persons, known and unknown to the grand jury, to possess with intent to

distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

COUNT II

On or about April 5, 1997, at Miramar, Broward County, in the Southern District of Florida, and elsewhere, the defendants,

GRANTLY EARL CALVIN,<br>and<br>AYLAIR BEVERLY SPENCE,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
EDWARD N. ALLEN
ASSISTANT UNITED STATES ATTORNEY

ii

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:___**GRANTLY EARL CALVIN**___          No.: _____

Count # I

 Possession with intent to distribute cocaine._____
_____21 U.S.C. § 846_____

*Max. Penalty:_____**40 years IMPRISONMENT**_____

Count #: II

 Conspiracy to possess with intent to distribute cocaine_____

_____21 U.S.C. § 841(a)(i)_____

*Max. Penalty:_____**40 years IMPRISONMENT**_____

Count #:

_____

_____

*Max. Penalty:_____

Count #:

_____

_____

*Max. Penalty:_____

Count #:

_____

_____

*Max. Penalty:_____

Count #:

_____

_____

*Max. Penalty:_____

Count #:

_____

_____

*Max. Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **AYLAIR BEVERLY SPENCE**        No.: _____

Count # I

Possession with intent to distribute cocaine.

21 U.S.C. § 846

*Max. Penalty:    **40 years IMPRISONMENT**

Count #: II

Conspiracy to possess with intent to distribute cocaine

21 U.S.C. § 841(a)(i)

*Max. Penalty:    **40 years IMPRISONMENT**

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                  CASE NO. _____

v.                                                       **CERTIFICATE OF TRIAL ATTORNEY***

~~GRANTLY EARL CALVIN, et al~~              **Superseding Case information:**

**Court Division:** (Select One)            New Defendant(s)       Yes ___   No ___
                                            Number of New Defendants   _____
___ Miami  ___ Key West                     Total number of counts     _____
X  FTL  ___  WPB ___ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:        (Yes or No) __No_____
      List language and/or dialect  _____

4.    This case will take __3__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                          (Check only one)

I     0 to 5 days          __3__       Petty        _____
II    6 to 10 days         _____      Minor        _____
III   11 to 20 days        _____      Misdem.      _____
IV    21 to 60 days        _____      Felony       __X__
V     61 days and over     _____

6.    Has this case been previously filed in this District Court? (Yes or No) __No__
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __YES_____
If yes:
Magistrate Case No. __00-4049-SNOW_____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No) __No_____

7.Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __X_ Yes ___ No   If yes, was it pending in the Central Region? ___ Yes _X_ No

_____
EDWARD ALLEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.
COURT I.D. A5500072

*Penalty Sheet(s) attached                                    REV.4/7/99