HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6068-CR-NCR   Date: 5/3/00
Courtroom Clerk: P. Hart   Court Reporter: Reeves
Probation Officer: ___   Interpreter: ___

Plaintiff(s): U.S.A.   Counsel: Allen

Defendant(s): D. Calvin (J)   Counsel: A. Sarasua
A. Spence (B)   D. Wilcox

Reason For Hearing: Pleas

Result of Hearing/Judgment: As plead & adj. as guilty. PSIs ordered. Sents set Fri July 7, 2000 at 10:00 A.M. & 10:30 A.M.

Misc.: ___