UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6068-CR-ROETTGER

MAGISTRATE JUDGE SNOW



UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

AYLAIR BEVERLY SPENCE, :

    Defendant. :
_____/

## AGREED MOTION TO CHANGE SENTENCE DATE

Aylair Beverly Spence, by counsel, hereby files this agreed motion to change sentence date for the following reasons:

1. On May 3, 2000, Spence pled guilty to a drug offense. She is currently on bond of $50,000 Corporate Surety. Sentencing is set for July 7, 2000.

2. Undersigned attorney (who was not in court at the time of the plea) has a vacation planned from June 29, 2000 to July 14, 2000.

3. Assistant United States Attorney Edward Allen, the prosecutor assigned to this case is planning to retire form the United States Attorney's Office some time this summer. He has no objection to the sentencing date be moved up to the last week in June (June 26-28). Both undersigned and Allen agree that if this court is in Miami at that time, they would not object to the sentencing hearing be held in the Miami courthouse.

4.  The PSI is due June 2, 2000. Therefore, there should be more than enough time to file any appropriate objections and be prepared for the hearing.

WHEREFORE, Aylair Spence hereby requests that her sentence be changed until the last week in June, 2000 (June 26-28), or sometime after the third week in July, at the court's convenience.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

30 day of May, 2000 to Edward Allen, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Samuel J. Smargon

S:SMARGON Spence Change 01

2