HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6068-CR            Date: 8/25/00
Courtroom Clerk: P. Hart        Court Reporter: Beers
Probation Officer: _____        Interpreter: _____

Plaintiff(s): U.S.A.            Counsel: Allen

Defendant(s): C. Earl           Counsel: A. Sarasua
              B. Spence                  S. Smargon

Reason For Hearing: Sentencing

Result of Hearing/Judgment: Mot 5K1.1 - Granted
Calvin: no fine, 45 months Cts 1+2
to run concur + concur w/ sentence
imposed as to Judge Moreno. 4 yrs. S.R.
assessed $200.00  Spence: no fine,
24 months Cts 1+2 to run concur.
Misc.: assessed $200.00  3 yrs S.R.
Exec of Confinement deferred. Report weekly
& weekly by phone.