UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6068-CR-ROETTGER

MAGISTRATE JUDGE SNOW



UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

AYLAIR BEVERLY SPENCE, :

    Defendant. :
_____/

## ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE BOND COLLATERAL

THIS CAUSE having come before the Court on Defendant's Unopposed Motion to Substitute Bond Collateral and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's unopposed motion to substitute bond collateral is hereby GRANTED. The defendant's home located at 583 S.W. 179th Avenue, Pembroke Pines, Florida 33029 will substitute as collateral for the property of Darian Bryant, 11437 S.W. 150th Drive, Miami, Florida 33176.

DONE AND ORDERED at Fort Lauderdale, Florida, this _15_ day of _DEC_, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:    Samuel J. Smargon, AFPD
       Jacqueline Arango, AUSA

