AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| AYLAIR BEVERLY SPENCE | Case Number: 0:00CR06068-002 |
| | A.U.S.A.-Allen   Sam Smargon, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1 & 2

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess w/intent to distribute cocaine. | 03/07/2000 | 1 |
| 21 U.S.C. § 841 (a)(1) | Possession w/intent to distribute cocaine. | 03/07/2000 | 2 |

The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 08/25/2000 |
| Defendant's Date of Birth: 02/02/1961 | Date of Imposition of Judgment |
| Defendant's USM No.: 55229-004 | |
| Defendant's Residence Address: | *signature* |
| 583 S.W. 179 Avenue | Signature of Judicial Officer |
| Pembroke Pines    FL    33029 | NORMAN C. ROETTGER |
| | U.S. DISTRICT COURT JUDGE |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 583 S.W. 179 Avenue | 25 Aug 2000 |
| Pembroke Pines    FL    33029 | Date |

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

Judgment-Page 2 of 5

DEFENDANT: AYLAIR BEVERLY SPENCE
CASE NUMBER: 0:00CR06068-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  24  month(s)  .

As to Counts 1 & 2 to run concurrently with each other. Defendant to receive credit for time served. Defendant to surrender for service of sentence after her co-defendant, Grantly Earl Calvin, Marshal #55228-004, is released from custody.

☒ The court makes the following recommendations to the Bureau of Prisons:

**South Florida**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____ .

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☒ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered v|s on 8|4|63 to FCC Coleman-SCP at Coleman, FL , with a certified copy of this judgment.

Carlyle I Holder Warden
UNITED STATES MARSHAL

By Jan Perry, LTE.
Deputy U.S. Marshal