PROB 35  
(Rev 1/92)

SD/FL PACTS No. 63034

Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6068-CR-ROETTGER

UNITED STATES OF AMERICA

v.

Aylair Beverly Spence

On August 25, 2000, the above named was placed on probation/supervised release for a period of three (3) years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

U. S. Probation Officer  
Paul J. Donovan  
Phone: (954) 769-5574

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 5th day of December, 2007.

United States District Judge